

**NUMBER 13-15-00417-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**ERNESTO LERMA,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

**On appeal from the 347th District Court
of Nueces County, Texas.**

---

# O R D E R

**Before Chief Justice Valdez and Justices Garza and Longoria
Order Per Curiam**

This cause is before the Court on the State's motion to direct the trial court clerk to forward to this Court an original exhibit, a police dashcam video, entered as SX-A and played for the trial court at the hearing on the motion to suppress in Cause No. 14-CR-3970-H.

The Court, having fully examined and considered the State's motion to direct the trial court clerk to forward original exhibits, is of the opinion that the motion should be granted. Appellant's motion is hereby GRANTED. The clerk of the trial court is hereby ORDERED to forward original exhibit SX-A admitted at trial in Cause No. 14-CR-3970-H to this Court within fifteen days from the date of this order.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
1st day of August, 2016.

2